IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DENNIS W. CAIN
ADC # 129216                                                                              PLAINTIFF

V.                                    5:05CV00282 SWW/HDY

LARRY NORRIS, Director, Arkansas Department of Correction;        DEFENDANTS
GENETTE MOORE, Mailroom Supervisor, Pine Bluff
Unit; RICK TONEY; and RAY HOBBS, Assistant
Deputy Director, Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint (docket entry #2) is DISMISSED WITH PREJUDICE; and

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 9th day of November, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE