**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DENNIS W. CAIN
ADC # 129216                                                                                           PLAINTIFF

V.                                      5:05CV00282 SWW/HDY

LARRY NORRIS, Director, Arkansas Department of Correction;                   DEFENDANTS
GENETTE MOORE, Mailroom Supervisor, Pine Bluff
Unit; RICK TONEY; and RAY HOBBS, Assistant
Deputy Director, Arkansas Department of Correction

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE.  Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 9th day of November, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE